UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-60926-WPD

ROGER ANDREU,

    Plaintiff,

vs.

WASTE PRO OF FLORIDA, INC., and RUSSELL MACKIE,

    Defendant(s).

_____/

<u>VERDICT FORM</u>

Do you find by a preponderance of the evidence:

1. That the Defendants failed to pay the Plaintiff, ROGER ANDREU, the overtime pay required by law?

Yes __✓__   No _____

If you answered "No" to this question, your verdict is for the Defendants and you should sign and date this verdict form.

If you answered "Yes" to this question, you must proceed to question #2.

2. That the Defendants knew or showed reckless disregard for whether the FLSA prohibited their conduct?

Yes _____   No __✓__

Please proceed to question #3.

3. That Plaintiff ROGER ANDREU should be awarded overtime wages?

Yes ✓   No _____

If your answer is "Yes",

Do not answer the question for May 9, 2014 through May 9, 2015 if your answer to Question #2 is "No.

In what amount for May 9, 2014 through May 9, 2015?   $ ___✗___

In what amount for May 9, 2015 through May 9, 2016?   $ 21,053.42

In what amount for May 9, 2016 through May 9, 2017?   $ 13,478.54

4. That the Defendants' actions were taken in good faith and were in conformity with and in reliance on a written administrative interpretation by the Department of Labor?

Yes _____   No ✓

SO SAY WE ALL.

DATE: 4/20/18

Foreperson's Signature