UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-60926-DIMITROULEAS

ROGER ANDREU,

    Plaintiff,                                           Magistrate Judge Snow

v.

WASTE PRO OF FLORIDA, INC., et al,

    Defendant(s).
_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon the conclusion of the trial in this matter and the Jury Verdict entered on April 20, 2018.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Plaintiff ROGER ANDREU and against Defendants WASTE PRO OF FLORIDA, INC. and RUSSELL MACKIE, jointly and severally, in the amount of $69,063.92[1];

2. The Court reserves jurisdiction to amend this judgment to include attorneys' fees and costs.

---

[1] This figure includes $34,531.96 in unpaid overtime wages, as determined by the jury verdict, and $34,531.96 in liquidated damages. Where, as here, the jury finds that the plaintiff has not met its burden as to the willfulness question, the Court still has a full range of options within its discretion in ruling on liquidated damages. *See Rodriguez v. Farm Stores Grocery, Inc.*, 518 F.3d 1259, 1273–74 (11th Cir. 2008). The Court notes that the jury answered a special interrogatory as to whether Defendants had proven good faith in the negative. The Court finds that Defendants did not meet their burden of proving they acted in good faith for liquidated damages purposes.

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 20th day of April, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record