# Human Resources Audit Report

PREPARED FOR

Waste Pro USA, Inc.
2101 W. State Road 934, Suite 315
Longwood, Florida 32779-5053

October 2013

FORDHARRISON LLP

WP00463

17-cv-60926-WPD
Defendants
Ex. No. 3

# Contact Information

AUDIT TEAM LEADER:

SHANE T. MUÑOZ
101 E. KENNEDY BOULEVARD, SUITE 900
TAMPA, FLORIDA 33602
P: 813.261.7803
F: 813.261.7899

FORDHARRISON LLP

WP00464

ANALYSIS OF TIME AND PAYROLL RECORDS .................................................. 155
I. Summary of Findings and Recommendations ............................................ 155
II. Protocols ........................................................................................................ 159
III. Findings ........................................................................................................ 161

FORDHARRISON

WP00471

# ANALYSIS OF TIME AND PAYROLL RECORDS

FORDHARRISON

WP00656

# WASTE PRO
# HUMAN RESOURCES AUDIT

## Employment Policies and Procedures

## Analysis of Time and Payroll Records





Bonuses: Waste Pro's weekly safety bonuses must be attributed to the weeks in which they were earned, as required by the FLSA. For purposes of calculating overtime, an employee who earns a $50 bonus in each of two weeks during the pay period must have $50 attributed to each week, separately, when calculating his regular rate. In other words, the $100 total may not be attributed to either week one or week 2 of the pay period. Alternatively, and this is our preferred solution, daily and weekly bonuses may be collapsed into the day rates of employees. This will serve to increase the wages of day rate employees subject to these bonuses, improve morale, and also reduce the risk associated with the chilling effect the bonuses have on reporting practices related to injuries and accidents.





Overtime wages for day rate employees should be calculated by first calculating the regular rate (by taking the gross wages earned in a workweek, including bonuses attributable to the workweek, and dividing that figure by the total hours worked), then multiplying the regular rate by .5 (for the half time rate) then multiplying that figure by the total time worked over 40 hours in the workweek (for the total overtime owed). Weekly formula: Gross wages ÷ total hours worked x .5 x hours worked over 40 = overtime owed for that workweek.



WP00660



1. *Day Rate Employees:* A sample of employee's payroll and corresponding time records were audited, to ensure that:



d. The regular rate was calculated to include all eligible pay (and that ineligible pay was not included) for purposes of overtime;



159

**WP00661**

[REDACTED]

d. Was the regular rate calculation made with all eligible pay included (and all ineligible pay excluded) for purposes of overtime?

[REDACTED] Also, in at least some cases, regular weekly safety bonuses have been attributed to a workweek other than the workweek when earned (i.e., earned in week 2 of a pay period (when overtime was worked), but attributed to week 1 (when there were absences disqualifying the employee from a bonus that week and where no overtime was worked). Sometimes, both weekly bonuses were earned and both were attributed to the first week, with no bonus attributed to the second week.





g. Employees who worked over 40 hours in a workweek received half their regular rate for all hours worked over 40 in a work week.

*Waste Pro does pay its employees a half time premium for all hours worked over 40 but appears to be calculating its employee's regular rate incorrectly. See section 4.d above regarding regular rate calculations.*



163

**WP00665**