UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 17-60926-CIV-WPD

ROGER ANDREU,

Plaintiff,

v.

WASTE PRO OF FLORIDA, ET AL.,

Defendants.

Fort Lauderdale, Florida
April 19, 2018
8:59 a.m.

- - - - -

Transcript of Trial Proceedings had before the Honorable William K. Dimitrouleas, United States District Judge, and a Jury.

- - - - -

VOLUME 5

- - - - -

Proceedings recorded by mechanical stenography, transcript produced by computer.

APPEARANCES:

For the Plaintiff: Paul D. Edwards, Esq.
Marc E. Rosenthal, Esq.
Rosenberg, Cummings & Edwards, PLLC
801 NE 20th Avenue
Fort Lauderdale, Florida 33304

For the Defendant: Amy S. Tingley, Esq.
Joseph S. Hudson, Esq.
Stovash, Case & Tingley, P.A.
220 North Rosalind Avenue
The VUE at Lake Eola
Orlando, Florida 32801

Court Reporter: Francine C. Salopek, RMR, CRR
Official Court Reporter
United States District Court
299 E. Broward Blvd., Room 205F
Fort Lauderdale, Florida 33301
(954)769-5657/mjsfcs@aol.com

\- - - - -

**FRIDAY, APRIL 20, 2018, 8:59 A.M.**

*(The Judge entered the courtroom)*

**THE COURT:** Please be seated.

All right. On the Andreu vs. Waste Pro, I think the jury went home about four o'clock yesterday, and do we have all of them back yet?

**COURTROOM SECURITY OFFICER:** No, not yet.

**ROOM CLERK:** No.

**THE COURT:** So, we're waiting for all eight of them to come back and resume their deliberations. So, what we'll do is we'll be in recess until we hear further from the jury. If it gets to be about 11:15 or 11:30 or so, and they haven't reached a verdict, we'll send in luncheon menus so they can continue their deliberations.

And, Donna, do you have the phone numbers for the lawyers on the case?

**ROOM CLERK:** Yes, yes.

**THE COURT:** So, we'll just be in recess on Andreu until we hear further from the jury.

If it gets to be five o'clock, and they haven't reached a verdict, then we'll bring them out and tell them they can continue their deliberations past five, or if they want to go home for the weekend, then they can come back on Monday and resume the deliberations.

Any other questions on the Andreu case?

**MS. TINGLEY:** No, your Honor.

**MR. EDWARDS:** No, your Honor.

**THE COURT:** Okay.

*(Recess taken at 9:00 a.m. until 10:11 a.m.)*

*(The Judge entered the courtroom)*

**THE COURT:** Please be seated.

All right. We're back on the record.

Counsel are present.

We have a note from the jury: "The jury cannot reach a verdict, your Honor."

What's the parties' position on this question?

**MR. EDWARDS:** Your Honor, we would like the jury to try to arrive at a verdict, to the extent that they can. It's not a lot of information about what the issue they're stuck on is.

**MS. TINGLEY:** Your Honor, the defense, again -- you know, would agree to give them the instruction that they should go back and continue to try.

**THE COURT:** Why wouldn't I give them the *Allen* charge?

**MS. TINGLEY:** That's what I meant, yes.

**THE COURT:** What's your position on the *Allen* charge?

**MR. EDWARDS:** No objection to that, your Honor.

**THE COURT:** All right. Let's bring out the civil jury.

**ROOM CLERK:** All rise for the jury.

*(The jury entered the courtroom)*

**COURTROOM SECURITY OFFICER:** All rise for the jury.

**THE COURT:** All right. We have all the jurors back.

I have a note from the jury: "The jury cannot reach a verdict, your Honor."

All right, members of the jury, I'm gonna ask that you continue your deliberations in an effort to reach an agreement upon a verdict and dispose of this case. And I have a few additional thoughts or comments I would like for you to consider as you do so.

This is an important case. The trial has been expensive in terms of time, effort, money, and emotional strain on both the plaintiff and the defense.

If you should fail to agree on a verdict, the case is left open and may have to be tried again. A second trial would be costly to both sides, and there is no reason to believe that the case can be tried again by either side better or more exhaustively than it has been tried before you.

Any future jury would be selected in the same manner and from the same source as you were chosen. And there is no reason to believe that the case could ever be submitted to a jury of people more conscientious, more impartial, or more competent to decide it or that more or clearer evidence could be produced on behalf of either side.

As stated in my previous instructions, it is your duty

to consult with one another and to deliberate with a view to reaching agreement, if you can do so without violence to your individual judgment. Of course, you must not surrender your honest convictions as to the weight or effect of the evidence solely because of the opinions of other jurors or for the mere purpose of returning a verdict.

Each of you must decide the case for yourself, but you should do so only after consideration of the evidence with your fellow jurors.

In the course of your deliberations, you should not hesitate to re-examine your own views and to change your opinion if you are convinced it is wrong. To bring your minds to a unanimous result, you must examine the questions submitted to you openly and frankly, with proper regard to the opinions of others and with a disposition to re-examine your own views.

If a substantial majority of your number are for a verdict for one party, each of you who hold a different position ought to consider whether your position is a reasonable one, since it makes so little impression upon the minds of so many equally honest and conscientious fellow jurors who bear the same responsibility, serve under the same oath, and have heard the same evidence.

You may conduct your deliberations as you choose, but I suggest that you now carefully re-examine and consider all the evidence in the case bearing upon the questions before you

in light of the Court's instructions on the law.

You may be as leisurely in your deliberations as the occasion may require, and you may take all the time that you may feel is necessary.

I remind you that in your deliberations, you are to consider the instructions I have given you as a whole. You should not single out or disregard any part of any instruction, including this one, and you shouldn't ignore others.

You may retire and continue your deliberations.

**COURTROOM SECURITY OFFICER:** All rise.

*(The jury exited the courtroom)*

**THE COURT:** Any exception or objection to the content or the manner in which the instructions were given?

**MR. EDWARDS:** No, your Honor.

**MS. TINGLEY:** No from the defense, your Honor. Thank you.

**THE COURT:** All right. We'll be in recess until we hear further from the jury or five o'clock, whichever comes first.

**MR. EDWARDS:** Thank you, your Honor.

**MR. ROSENTHAL:** Thank you, your Honor.

**THE COURT:** All right. The marshals can bring Mr. Benjamin back out.

*(Recess taken at 10:15 a.m. until 10:54 a.m.)*

*(The Judge is presently on the bench)*

**THE COURT:** And if we can have the civil lawyers come on up.

All right. We're back on the record.

Counsel are present.

I understand the jury has arrived at a verdict.

Anything to come before the Court before we bring the jury in?

**MR. EDWARDS:** No, your Honor.

**MS. TINGLEY:** Nothing from the defense, your Honor.

**THE COURT:** All right. Let's bring in the jury.

**COURTROOM SECURITY OFFICER:** All rise.

*(The jury entered the courtroom)*

**THE COURT:** We have all the jury back.

Mr. Moreno, has the jury arrived at a verdict concurred in by all?

**JUROR NO. 1:** Yes, your Honor.

**THE COURT:** If you can pass your verdict to the court clerk, please, sir.

*(Pause)*

**THE COURT:** Madam clerk, please publish the verdict.

**ROOM CLERK:** Yes, your Honor.

United States District Court, Southern District of Florida, Case Number 17-CV-60926-Dimitrouleas.

Plaintiff Roger Andreu vs. Defendant Waste Pro of Florida, Inc., and Russell Mackie.

Verdict form:

"Do you find by a preponderance of the evidence that the defendants failed to pay the plaintiff, Roger Andreu, the overtime pay required by law?

"Yes.

"Number 2: That the defendants knew or showed reckless disregard for whether the FLSA prohibited their conduct?

"No.

"Number 3: The plaintiff, Roger Andreu, should be awarded overtime wages?

"Yes.

"In what amount for May 9th, 2014, through May 9th, 2015?

"Zero.

"In what amount for May 9th, 2015, through May 9th, 2016?

"$21,053.42.

"In what amount for May 9th, 2016, through May 9th, 2017?

"$13,478.54.

"That the defendants' actions were taken in good faith and were in conformity with and in reliance on a written administrative interpretation by the Department of Labor?

"No.

"So say we all."

Foreperson's signature, dated April 20th, 2018.

**THE COURT:** Either party wish the jury polled?

**MS. TINGLEY:** Yes, your Honor.

**THE COURT:** Madam clerk, please poll the jury.

**ROOM CLERK:** Ladies -- excuse me -- ladies and gentlemen of the jury, as I ask the following question, please answer yes or no.

Is the verdict as read your true verdict?

Juror Number 1?

**JUROR NO. 1:** Yes.

**ROOM CLERK:** Juror Number 2?

**JUROR NO. 2:** Yes.

**ROOM CLERK:** Juror Number 3?

**JUROR NO. 3:** Yes.

**ROOM CLERK:** Juror Number 4?

**JUROR NO. 4:** Yes.

**ROOM CLERK:** Juror Number 5?

**JUROR NO. 5:** Yes.

**ROOM CLERK:** Juror Number 6?

**JUROR NO. 6:** Yes.

**ROOM CLERK:** Juror Number 7?

**JUROR NO. 7:** Yes.

**ROOM CLERK:** Juror Number 8?

**JUROR NO. 8:** Yes.

**THE COURT:** All right. The verdict will be received and filed.

Ladies and gentlemen, I wish to thank you for your time and consideration of this case. I also wish to advise you of some very special privileges enjoyed by jurors.

No juror can ever be required to talk about the discussions that occurred in the jury room except by court order. For many centuries, our society has relied upon juries for consideration of difficult cases. We have recognized for hundreds of years that a jury's deliberations, discussions, and votes should remain their private affair as long as they wish it. Therefore, the law gives you a unique privilege not to speak about the jury's work.

Although you're at liberty to speak with anyone about your deliberations, you're also at liberty to refuse to speak to anyone. A request may come from those who are simply curious or from those who might seek to find fault with you. It will be up to you to decide whether to preserve your privacy as a juror.

As a small token of the Court's appreciation, I've had prepared these certificates of appreciation. I'll ask Donna to give them to you in a moment.

We are gonna need to get those jurors badges back from you, but you can leave them in the jury deliberation room on

the way out.

And I do need to ask you to continue to call in next week in the unlikely event that you're needed on another case. But I think the clerk is only gonna call you in if everybody else on the jury panel gets called in, and I think that's probably pretty unlikely.

So, if you don't have any questions, you're excused with the Court's thanks. Have a nice afternoon.

**COURTROOM SECURITY OFFICER:** All rise.

*(The jury was excused)*

**THE COURT:** The verdict will be received and filed.

If there's nothing else to come before the Court, we'll be in recess in the case.

**MR. ROSENTHAL:** Your Honor, just one thing from the plaintiff. The plaintiff moves for liquidated damages under 29 U.S.C. 2016(b). If the Court would like briefing, obviously we would file that as well.

**THE COURT:** I don't think I need briefing. And I don't think I have to follow the jury's advisory opinion. So, I'll enter a final judgment, and you'll see in the final judgment whether I doubled the amounts or not. If I don't, then I'm disagreeing, I guess, with the jury and not awarding liquidated damages.

**MR. ROSENTHAL:** Thank you, your Honor.

**MR. EDWARDS:** Thank you, your Honor.

**THE COURT:** Have a good day.

All right. Let's take a five-minute recess for the court reporter.

**COURTROOM SECURITY OFFICER:** All rise.

*(The Judge exited the courtroom)*

*(Proceedings concluded at 11:02 a.m.)*

- - - - -

**INDEX**

| | **PAGE** |
|---|---|
| **VERDICT** | 622 |

- - - - -

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/S/Francine C. Salopek — 5-16-18

Francine C. Salopek, RMR-CRR — Date

Official Court Reporter

**COURTROOM SECURITY OFFICER: [6]**
**JUROR NO. 1: [2]** 622/15 624/11
**JUROR NO. 2: [1]** 624/13
**JUROR NO. 3: [1]** 624/15
**JUROR NO. 4: [1]** 624/17
**JUROR NO. 5: [1]** 624/19
**JUROR NO. 6: [1]** 624/21
**JUROR NO. 7: [1]** 624/23
**JUROR NO. 8: [1]** 624/25
**MR. EDWARDS: [7]**
**MR. ROSENTHAL: [3]**
**MS. TINGLEY: [6]**
**ROOM CLERK: [12]**
**THE COURT: [23]**

**$**

**$13,478.54 [1]** 623/21
**$21,053.42 [1]** 623/18

**/**

**/S/Francine [1]** 627/23

**1**

**10:11 [1]** 618/4
**10:15 [1]** 621/24
**10:54 [1]** 621/24
**11:02 [1]** 627/6
**11:15 [1]** 617/12
**11:30 [1]** 617/12
**17-60926-CIV-WPD [1]** 615/4
**18 [1]** 627/23
**19 [1]** 615/7

**2**

**20 [1]** 617/1
**2014 [1]** 623/13
**2015 [2]** 623/14 623/16
**2016 [3]**
**2017 [1]** 623/20
**2018 [3]**
**205F [1]** 616/10
**20th [2]** 616/3 624/3
**220 [1]** 616/6
**29 U.S.C. 2016 [1]** 626/16
**299 [1]** 616/10

**3**

**32801 [1]** 616/7
**33301 [1]** 616/10
**33304 [1]** 616/4

**5**

**5-16-18 [1]** 627/23

**6**

**622 [1]** 627/14

**7**

**769-5657/mjsfcs [1]** 616/11

**8**

**801 [1]** 616/3
**8:59 [2]** 615/7 617/1

**9**

**954 [1]** 616/11
**9:00 [1]** 618/4
**9th [6]**

**A**

**a.m [7]**
**above [1]** 627/21
**above-entitled [1]** 627/21
**actions [1]** 623/22
**administrative [1]** 623/24
**advise [1]** 625/5
**advisory [1]** 626/19
**affair [1]** 625/12
**afternoon [1]** 626/8
**agree [2]** 618/17 619/14
**agreement [2]** 619/7 620/2
**AL [1]** 615/8
**Allen [2]** 618/19 618/21
**Although [1]** 625/15
**amount [3]**
**amounts [1]** 626/21
**Amy [1]** 616/5
**ANDREU [7]**
**Andreu vs. Defendant [1]** 622/24
**Andreu vs. Waste Pro [1]** 617/4
**answer [1]** 624/9
**aol.com [1]** 616/11
**APPEARANCES [1]** 616/1
**appreciation [2]** 625/21 625/22
**April [3]**
**April 20th [1]** 624/3
**arrive [1]** 618/13
**arrived [2]** 622/5 622/14
**Avenue [2]** 616/3 616/6
**awarded [1]** 623/11
**awarding [1]** 626/22

**B**

**badges [1]** 625/24
**bear [1]** 620/21
**bearing [1]** 620/25
**believe [2]** 619/16 619/21
**bench [1]** 621/25
**Benjamin [1]** 621/23
**Blvd [1]** 616/10
**briefing [2]** 626/16 626/18
**Broward [1]** 616/10

**C**

**call [2]** 626/2 626/4
**called [1]** 626/5
**carefully [1]** 620/24
**centuries [1]** 625/9
**certificates [1]** 625/22
**certify [1]** 627/20
**charge [2]** 618/19 618/21
**choose [1]** 620/23
**chosen [1]** 619/20
**CIV [1]** 615/4
**civil [2]** 618/23 622/1
**clearer [1]** 619/23
**clerk [4]**
**comments [1]** 619/9
**competent [1]** 619/23
**computer [1]** 615/25
**concluded [1]** 627/6
**concurred [1]** 622/15
**conduct [2]** 620/23 623/8
**conformity [1]** 623/23
**conscientious [2]** 619/22 620/20
**consideration [3]**
**consult [1]** 620/1
**content [1]** 621/12
**convictions [1]** 620/4
**convinced [1]** 620/12
**costly [1]** 619/16
**Counsel [2]** 618/8 622/4
**court [12]**
**Court's [3]**
**courtroom [6]**
**CRR [2]** 616/8 627/24
**Cummings [1]** 616/3
**curious [1]** 625/18
**CV [1]** 622/23

**D**

**damages [2]** 626/15 626/23
**Date [1]** 627/24
**dated [1]** 624/3
**decide [3]**
**Defendant [2]** 616/5 622/24
**defendants [3]**
**defendants' [1]** 623/22
**defense [4]**
**deliberate [1]** 620/1
**deliberation [1]** 625/25
**deliberations [12]**
**Department [1]** 623/25
**difficult [1]** 625/10
**Dimitrouleas [2]** 615/14 622/23
**disagreeing [1]** 626/22
**discussions [2]** 625/8 625/11
**dispose [1]** 619/8
**disposition [1]** 620/15
**disregard [2]** 621/7 623/7
**DISTRICT [6]**
**DIVISION [1]** 615/3
**Donna [2]** 617/15 625/22
**doubled [1]** 626/21
**duty [1]** 619/25

**E**

**Edwards [2]** 616/2 616/3
**effect [1]** 620/4
**effort [2]** 619/7 619/12
**eight [1]** 617/9
**emotional [1]** 619/12
**enjoyed [1]** 625/6
**enter [1]** 626/20
**entitled [1]** 627/21
**Eola [1]** 616/7
**equally [1]** 620/20
**Esq [4]**
**ET [1]** 615/8
**event [1]** 626/3
**everybody [1]** 626/4
**evidence [6]**
**examine [4]**
**exception [1]** 621/12
**excuse [1]** 624/7
**excused [2]** 626/7 626/10
**exhaustively [1]** 619/18
**exited [2]** 621/11 627/5
**expensive [1]** 619/12
**extent [1]** 618/13

**F**

**fail [1]** 619/14
**failed [1]** 623/3
**faith [1]** 623/23
**fault [1]** 625/18
**fellow [2]** 620/9 620/20
**file [1]** 626/17
**filed [2]** 625/3 626/11
**final [2]** 626/20 626/20
**five o'clock [2]** 617/20 621/18
**five-minute [1]** 627/2
**FLORIDA [7]**
**Florida, [1]** 622/25
**Florida, Inc [1]** 622/25
**FLSA [1]** 623/7
**foregoing [1]** 627/20
**Foreperson's [1]** 624/3
**form [1]** 623/1
**FORT [4]**
**four o'clock [1]** 617/5
**Francine [3]**
**frankly [1]** 620/14
**FRIDAY [1]** 617/1

**G**
**gets [3]**
**gives [1]** 625/13
**gonna [3]**

**H**
**hear [3]**
**heard [1]** 620/22
**hesitate [1]** 620/11
**hold [1]** 620/17
**home [2]** 617/5 617/23
**honest [2]** 620/4 620/20
**Honor [19]**
**Honorable [1]** 615/14
**Hudson [1]** 616/5
**hundreds [1]** 625/11

**I**
**I'll [2]** 625/22 626/20
**I'm [2]** 619/6 626/22
**I've [1]** 625/21
**ignore [1]** 621/8
**impartial [1]** 619/22
**impression [1]** 620/19
**Inc [1]** 622/25
**including [1]** 621/8
**INDEX [1]** 627/12
**individual [1]** 620/3
**information [1]** 618/14
**instruction [2]** 618/17 621/7
**instructions [4]**
**interpretation [1]** 623/24
**issue [1]** 618/14

**J**
**Joseph [1]** 616/5
**Judge [5]**
**judgment [3]**
**juries [1]** 625/9
**juror [10]**
**jurors [6]**
**jury [32]**
**jury's [3]**

**L**
**Labor [1]** 623/25
**ladies [3]**
**Lake [1]** 616/7
**LAUDERDALE [4]**
**law [3]**
**lawyers [2]** 617/16 622/1
**leave [1]** 625/25
**leisurely [1]** 621/2
**liberty [2]** 625/15 625/16
**light [1]** 621/1
**liquidated [2]** 626/15 626/23
**luncheon [1]** 617/13

**M**
**Mackie [1]** 622/25
**Madam [2]** 622/20 624/6
**majority [1]** 620/16
**manner [2]** 619/19 621/13
**Marc [1]** 616/2
**marshals [1]** 621/22
**matter [1]** 627/21
**May 9th [6]**
**meant [1]** 618/20
**mechanical [1]** 615/24
**members [1]** 619/6
**menus [1]** 617/13
**mere [1]** 620/5
**minute [1]** 627/2
**mjsfcs [1]** 616/11
**moment [1]** 625/23
**Monday [1]** 617/23

**money [1]** 619/12
**Moreno [1]** 622/14
**moves [1]** 626/15
**Mr. [2]** 621/23 622/14
**Mr. Benjamin [1]** 621/23
**Mr. Moreno [1]** 622/14

**N**
**NE [1]** 616/3
**necessary [1]** 621/4
**nice [1]** 626/8
**North [1]** 616/6
**note [2]** 618/9 619/4
**number [12]**
**Number 1 [1]** 624/11
**Number 17-CV-60926-Dimitrouleas [1]** 622/23
**Number 2 [1]** 623/6
**Number 3 [1]** 623/10
**numbers [1]** 617/15

**O**
**o'clock [3]**
**oath [1]** 620/21
**objection [2]** 618/22 621/12
**occasion [1]** 621/3
**Official [2]** 616/9 627/24
**open [1]** 619/15
**openly [1]** 620/14
**opinion [2]** 620/12 626/19
**opinions [2]** 620/5 620/14
**order [1]** 625/9
**Orlando [1]** 616/7
**ought [1]** 620/18
**overtime [2]** 623/4 623/11

**P**
**P.A [1]** 616/6
**PAGE [1]** 627/13
**panel [1]** 626/5
**part [1]** 621/7
**parties' [1]** 618/11
**party [2]** 620/17 624/4
**pass [1]** 622/17
**Paul [1]** 616/2
**Pause [1]** 622/19
**pay [2]** 623/3 623/4
**people [1]** 619/22
**phone [1]** 617/15
**plaintiff [8]**
**PLLC [1]** 616/3
**poll [1]** 624/6
**polled [1]** 624/4
**position [4]**
**prepared [1]** 625/22
**preponderance [1]** 623/2
**present [2]** 618/8 622/4
**presently [1]** 621/25
**preserve [1]** 625/19
**privacy [1]** 625/19
**private [1]** 625/12
**privilege [1]** 625/13
**privileges [1]** 625/6
**PRO [3]**
**proceedings [4]**
**produced [2]** 615/25 619/24
**prohibited [1]** 623/7
**proper [1]** 620/14
**publish [1]** 622/20

**Q**
**question [2]** 618/11 624/8
**questions [4]**

**R**
**re [3]**

**re-examine [3]**
**reach [3]**
**reached [2]** 617/12 617/21
**reaching [1]** 620/2
**read [1]** 624/10
**received [2]** 625/2 626/11
**recess [7]**
**reckless [1]** 623/7
**recognized [1]** 625/10
**record [3]**
**recorded [1]** 615/24
**refuse [1]** 625/16
**reliance [1]** 623/23
**relied [1]** 625/9
**remain [1]** 625/12
**remind [1]** 621/5
**reporter [4]**
**request [1]** 625/17
**required [2]** 623/4 625/7
**responsibility [1]** 620/21
**result [1]** 620/13
**resume [2]** 617/10 617/24
**retire [1]** 621/9
**returning [1]** 620/6
**rise [6]**
**RMR [2]** 616/8 627/24
**RMR-CRR [1]** 627/24
**ROGER [4]**
**room [3]**
**Rosalind [1]** 616/6
**Rosenberg [1]** 616/3
**Rosenthal [1]** 616/2
**Russell [1]** 622/25

**S**
**Salopek [3]**
**second [1]** 619/15
**seek [1]** 625/18
**selected [1]** 619/19
**send [1]** 617/13
**serve [1]** 620/21
**side [2]** 619/17 619/24
**sides [1]** 619/16
**signature [1]** 624/3
**single [1]** 621/7
**small [1]** 625/21
**society [1]** 625/9
**solely [1]** 620/5
**source [1]** 619/20
**SOUTHERN [2]** 615/2 622/22
**special [1]** 625/6
**stated [1]** 619/25
**STATES [4]**
**stenography [1]** 615/24
**Stovash [1]** 616/6
**strain [1]** 619/12
**stuck [1]** 618/14
**submitted [2]** 619/21 620/13
**substantial [1]** 620/16
**suggest [1]** 620/24
**surrender [1]** 620/3

**T**
**take [2]** 621/3 627/2
**taken [3]**
**talk [1]** 625/7
**tell [1]** 617/21
**terms [1]** 619/12
**thank [6]**
**thanks [1]** 626/8
**think [5]**
**thoughts [1]** 619/9
**time [3]**
**Tingley [2]** 616/5 616/6
**token [1]** 625/21
**transcript [3]**

**T**
**trial [3]**
**true [1]** 624/10

**U**
**U.S.C. [1]** 626/16
**unanimous [1]** 620/13
**understand [1]** 622/5
**unique [1]** 625/13
**UNITED [4]**
**unlikely [2]** 626/3 626/6

**V**
**verdict [19]**
**view [1]** 620/1
**views [2]** 620/11 620/15
**violence [1]** 620/2
**VOLUME [1]** 615/17
**votes [1]** 625/12
**vs. [2]** 617/4 622/24
**VUE [1]** 616/7

**W**
**wages [1]** 623/11
**waiting [1]** 617/9
**WASTE [3]**
**Waste Pro [1]** 622/24
**week [1]** 626/3
**weekend [1]** 617/23
**weight [1]** 620/4
**whichever [1]** 621/18
**William [1]** 615/14
**wish [4]**
**work [1]** 625/14
**WPD [1]** 615/4
**written [1]** 623/24
**wrong [1]** 620/12

**Z**
**Zero [1]** 623/15