# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-60926-WPD

ROGER ANDREU,

    Plaintiff,

v.

WASTE PRO OF FLORIDA, INC.,
and, RUSSELL MACKIE,

    Defendants.

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named Plaintiff, ROGER ANDREU, and against the above-named Defendants, WASTE PRO OF FLORIDA, INC. and RUSSELL MACKIE (collectively "Defendants"), on the 20th day of April, 2018 [DE 127], in the sum of Sixty-Nine Thousand Sixty-Three Dollars and Ninety-Two Cents ($69,063.92), and Plaintiff, ROGER ANDREU, acknowledges payment of said judgment in full by Defendants on August 31, 2018, and desires to release this judgment and hereby fully and completely satisfy the same.

**DATED this 31st day of August, 2018.**

Respectfully submitted,

/s/ Marc E. Rosenthal
Marc E. Rosenthal, Esq.
**ROSENBERG CUMMINGS & EDWARDS PLLC**
*Counsel for Plaintiff Roger Andreu*
802 NE 20th Avenue
Fort Lauderdale, Florida 33304
Phone: (954) 769-1344
Marc@RosenbergCummings.com
Florida Bar Number: 117561

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Plaintiff Roger Andreu's Satisfaction of Judgment* was served via the Court's ECF filing system on August 31, 2018 on all counsel and all parties of record on the Service List below.

>Respectfully,
>
>/s/ Marc E. Rosenthal
>Marc E. Rosenthal, Esq.
>Rosenberg Cummings & Edwards PLLC
>*Counsel for Plaintiff*
>802 NE 20th Avenue
>Fort Lauderdale, Florida 33304
>Phone: (954) 769-1344
>E-mail: Marc@RosenbergCummings.com
>Florida Bar Number: 117561

## SERVICE LIST

Amy S. Tingley, Esquire
**STOVASH, CASE & TINGLEY, P.A.**
Florida Bar Number 0068871
Primary Email: atingley@sctlaw.com
The VUE at Lake Eola
220 North Rosalind Avenue
Orlando, Florida 32801
Telephone:  (407) 316-0393
Telecopier:  (407) 316-8969
*Counsel for Defendants*

Kirsten D. Blum, Esquire
**STOVASH, CASE & TINGLEY, P.A.**
Florida Bar Number 0085736
Primary Email: kblum@sctlaw.com
The VUE at Lake Eola
220 North Rosalind Avenue
Orlando, Florida 32801
Telephone:  (407) 316-0393
Telecopier:  (407) 316-8969
*Counsel for Defendants*

J. Scott Hudson, Esquire
**STOVASH, CASE & TINGLEY, P.A.**
Florida Bar Number 00725137
Primary Email: shudson@sctlaw.com
The VUE at Lake Eola
220 North Rosalind Avenue
Orlando, Florida 32801
Telephone:  (407) 316-0393
Telecopier:  (407) 316-8969
*Counsel for Defendants*